IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DEWAYNE HART, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:05CV00216 SWW |
| | * | |
| ANTHONY RENIGER, ET AL., | * | |
| | * | |
| Defendants. | * | |

ORDER

Before the Court is defendants' motion to dismiss to which plaintiff has failed to timely respond. Plaintiff recently notified the Clerk that he had been released from jail, and he provided a change of address. The Court hereby directs the Clerk to forward a copy of defendants' motion to dismiss and brief in support to plaintiff at his new address. *See* docket entry 14. The Court orders plaintiff to respond to the motion within eleven (11) days from the date of entry of this Order.

DATED this 3rd day of October 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE