IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DEWAYNE HART | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 2:05CV00216 SWW |
| | * | |
| ANTHONY RENIGER, Chief of Police, | * | |
| Palestine Police Department; | * | |
| BRYAN HARRIS, Officer, Palestine Police | * | |
| Department; and WILLETTA CARROLL, | * | |
| Mayor; | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this day, it is

CONSIDERED, ORDERED, and ADJUDGED that this complaint be and is hereby dismissed.

DATED this 24TH day of October 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE